UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARAH K. GARLAPATI,

                    Plaintiff,

        -against-

NIKKI R. HALEY,

                   Defendant.

26-cv-3445 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 26, 2026, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 30, 2026
         New York, New York

                         /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
               Chief United States District Judge